FILED ___ LODGED
___ RECEIVED ___ COPY
NOV 14 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

SEALED

Rafey S. Balabanian*
rbalabanian@edelson.com
Eve-Lynn J. Rapp*
erapp@edelson.com
EDELSON PC
123 Townsend Street
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

Benjamin S. Thomassen*
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**Pro hac vice* admission to be sought

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| CHRISTIAN SCHRECKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RADLINK, INC, a California corporation,<br><br>Defendant. | Case No.: 16-cv-3511-PHX-DJH<br><br>Hon. Diane J. Humetewa<br><br>**DOCUMENT FILED PROVISIONALLY UNDER SEAL** |

**PLAINTIFF'S NOTICE WITHDRAWING MOTION FOR TEMPORARY RESTRAINING ORDER**

1  **PLEASE TAKE NOTICE** that Plaintiff Christian Schrecker, through his counsel, hereby withdraws his Motion for Temporary Restraining Order (the "Motion"), without prejudice. In further explanation of this Notice, Plaintiff states as follows.

Through the Motion, Plaintiff sought to prevent the unauthorized disclosure or release of his and others' confidential medical information (and the irreparable harm attendant thereto) during the pendency of this matter, which was likely to result from the active security vulnerabilities affecting Defendant Radlink, Inc.'s online systems. (*See* Mot. at 3-6.) In response to Plaintiff's Motion, Defendant immediately took its affected servers offline and determined to investigate the issue further. As a result, and because taking its servers offline temporarily mitigated the threat to the security vulnerability, Plaintiff agreed to extend the deadline for Defendant to respond to the Motion and allow it time to fix the security vulnerability. Thus, by stipulations dated October 18, 2016 and October 28, 2016—and the Court's subsequent Orders entered on October 18, 2016 and November 1, 2016—the Parties agreed to extend the briefing schedule on Plaintiff's Motion.

Thereafter, on November 4, 2016, Defendant filed an Opposition to Plaintiff's Motion, where it explained that, *inter alia*, "Defendant had "[taken] its servers offline for testing and analysis and, with the help of [a third party cyber security firm], concluded that all of the JBOSS-related vulnerabilities on which Schrecker bases his irreparable injury argument and his Complaint have been . . . remedied." (Def. Opp. at 6.) Defendant attached a number of declarations to its Opposition, including that of its third party cyber security firm, which outline the steps and investigations performed to remedy the security

3

1 | vulnerabilities.

2 |     Based on his review of the declarations attached to Defendant's Opposition, Plaintiff is satisfied that—as matters presently stand—the JBOSS vulnerabilities identified in the Complaint and Motion have been remedied, and therefore, his Motion is moot. Accordingly, Plaintiff hereby withdraws his request for a temporary restraining order, without prejudice, and reserving all rights to seek similar relief in the future.

Respectfully Submitted,

**CHRISTIAN SCHRECKER**, individually and on behalf of all others similarly situated,

Dated: November 14, 2016

By: _____
Counsel for Plaintiff

John E. Kelly
john@klawteam.com
Kelly Law Team
1 E Washington Street, Suite 500
Phoenix, Arizona 85004-2558
Tel: 602.283.4122
Fax: 602.281.6885

Rafey S. Balabanian*
rbalabanian@edelson.com
Eve-Lynn J. Rapp (*pro hac vice*)
erapp@edelson.com
EDELSON PC
123 Townsend Street
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

4

Benjamin S. Thomassen (*pro hac vice*)
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

\* *Pro hac vice* admission pending.

## CERTIFICATE OF SERVICE

I, John E. Kelly, an attorney, certify that on November 14, 2016, I will serve the above and foregoing document by causing true and accurate copies of such paper to be electronically mailed to the counsel of Defendant, Radlink Inc.

*[signature]*