Douglas C. Northup – State Bar No. 013987
    dnorthup@fclaw.com
FENNEMORE CRAIG, P.C.
2394 E. Camelback Rd., Suite 600
Phoenix, Arizona 85016
Telephone: (602) 916-5362
Facsimile: (602) 916-5562

Terry W. Bird (*Pro hac vice* admission to be sought)
    twb@birdmarella.com
Hernán D. Vera (*Pro hac vice* admission pending)
    hvera@birdmarella.com
Ashley D. Bowman (*Pro hac vice* admission pending)
    abowman@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
    DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Radlink, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christian Schrecker, individually and on behalf of all other similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>Radlink, Inc.,<br><br>        Defendant. | CASE NO. cv-16-3511-PHX-DJH<br><br>**[DOCUMENT FILED UNDER SEAL]**<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND FOR PLAINTIFF TO RESPOND THERETO**<br><br>Assigned to Hon. Diane J. Humetewa, SPC 81 |

3351818.1

Pursuant to Local Rule 7.3, Plaintiff Christian Schrecker and Defendant Radlink, Inc. (together, the "Parties"), through their counsel, respectfully request that the Court enter an Order extending the time under the Federal Rules for Defendant to respond to the Complaint, and extending the deadlines for Plaintiff to file an opposition brief.

WHEREAS, on October 13, 2016, Plaintiff filed a Class Action Complaint, generally alleging that certain data security vulnerabilities present in Defendant's online servers were exposing his and others' personal and confidential medical information to unauthorized parties, and asserting various claims for relief.

WHEREAS, the Complaint was served on Defendant on November 2, 2016.

WHEREAS, based on their discussions concerning Plaintiff's allegations and Defendant's recent efforts to address the alleged security vulnerabilities, the Parties are discussing potential amendments to the Complaint, which—if implemented—may obviate the need for dispositive motions that could be made moot by the amendments being discussed.

WHEREAS, the Parties believe that their discussions will continue into December and that allowing the Parties to continue these discussions will result in overall efficiencies for the Parties and the Court.

**NOW THEREFORE**, the Parties agree and respectfully request that the Court enter an Order extending the time under the Federal Rules for Defendant to respond to the Complaint, and extending the deadlines for Plaintiff's Opposition, such that:

    i.    Defendant's deadline to respond to the Complaint be extended to January 20, 2017, and

    ii.    Plaintiff's deadline to oppose any motion filed by Defendant be extended to February 13, 2017.

**IT IS SO STIPULATED.**

DATED: November 22, 2016

FENNEMORE CRAIG, P.C.

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW P.C.

By: _____
Douglas C. Northup
Attorneys for Defendant Radlink, Inc.

DATED: November 22, 2016

KELLY LAW TEAM

EDELSON PC

By: _____
John E. Kelly
Attorneys for Plaintiff Christian Schrecker

**IT IS SO STIPULATED.**

DATED: 11/22/2016      FENNEMORE CRAIG, P.C.

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW P.C.


By: _____
    Douglas C. Northup
    Attorneys for Defendant Radlink, Inc.


DATED: 11/22/2016      KELLY LAW TEAM

EDELSON PC


By: */s/ John E. Kelly*
    John E. Kelly
    Attorneys for Plaintiff Christian Schrecker

3351818.1

2

STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT
AND FOR PLAINTIFF TO RESPOND THERETO

# CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2016, I served a true and correct copy of the foregoing Stipulation to Extend Time for Defendant to Respond to Complaint and for Plaintiff to Respond Thereto by U.S. mail on the following:

> John E. Kelly
> Kelly Law Team
> 1 E. Washington Street, Suite 500
> Phoenix, AZ 85004-2558
> Email: john@klawteam.com
>
> Rafey S. Balabanian
> Eve-Lynn J. Rapp
> EDELSON PC
> 123 Townsend Street
> San Francisco, CA 94107
> Email: rbalabanian@edelson.com
> Email: erapp@edelson.com
>
> Benjamin S. Thomassen
> EDELSON PC
> 350 N. LaSalle Street, 13th Floor
> Chicago, IL 60654
> Email: bthomassen@edelson.com

_____
An employee of Fennemore Craig, P.C.

3351818.1

3

STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT
AND FOR PLAINTIFF TO RESPOND THERETO