# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christian Schrecker, et al., | No. CV-16-03511-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Radlink Incorporated, | |
| Defendant. | |

This matter is before the Court on Plaintiffs' motion to compel (Doc. 48).

This Court issued an Order granting Plaintiffs' motion for jurisdictional discovery and Ordered that this discovery be completed by October 27, 2017. (Doc. 47). Based on the parties' inability to comply with the Court's Order, a hearing will be held on the motion to compel. Both parties shall be prepared to address the issues raised in the motion to compel and related briefing at the hearing. The Court will permit each party 15 minutes to address the Court. Accordingly,

IT IS ORDERED setting a Hearing re: Plaintiffs' Motion to Compel Deposition Testimony and Search of Defendant's Servers (Doc. 48) for March 13, 2018 at 10:00 a.m. in Courtroom 605 of the Sandra Day O'Connor United States Courthouse at 401 W. Washington Street in Phoenix, Arizona 85003.

IT IS FURTHER ORDERED that any requests to appear by telephone must be filed for the Court's consideration no later than March 8, 2018 at 5:00 p.m.

Dated this 28th day of February, 2018.

Honorable Diane J. Humetewa
United States District Judge