**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Christian Schrecker, et al.,

Plaintiffs,

v.

Radlink Incorporated,

Defendant.

**NO. CV-16-03511-PHX-DJH**

**JUDGMENT OF DISMISSAL IN A CIVIL CASE**

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed March 18, 2019, Plaintiff to take nothing, and the complaint and action are dismissed.

Brian D. Karth
District Court Executive/Clerk of Court

March 18, 2019

By s/ Rebecca Kobza
Deputy Clerk